# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:    PAULETTE ZOLICOFFER    §    Case No.: 10-35102
          §
          §
          §
          §
          Debtor(s)    §
---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/05/2010.

2) This case was confirmed on 09/29/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/21/2011.

5) The case was dismissed on 02/23/2011.

6) Number of months from filing to the last payment: 4

7) Number of months case was pending: 9

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   3,900.00

10) Amount of unsecured claims discharged without payment $   .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 240.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 240.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 16.56 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 16.56 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| T-MOBILE/T-MOBILE US | UNSECURED | 1,404.00 | 603.94 | 603.94 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,164.00 | 1,164.11 | 1,164.11 | .00 | .00 |
| EASY ACCEPTANCE | SECURED | 5,550.00 | .00 | 5,550.00 | 175.34 | 48.10 |
| EASY ACCEPTANCE | UNSECURED | 598.00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 13,113.00 | 87,948.93 | .00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 11,231.00 | 52,104.35 | .00 | .00 | .00 |
| US CELLULAR CHICAGO | UNSECURED | 660.00 | NA | NA | .00 | .00 |
| DUPAGE COUNTY CLERK | UNSECURED | 345.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 2,112.00 | 2,112.56 | 2,112.56 | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | 1,000.00 | 1,000.00 | 1,000.00 | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE CARD MEMBER SE | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 12,831.00 | 11,569.58 | .00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 9,859.00 | 9,074.57 | .00 | .00 | .00 |
| CHELA | UNSECURED | 9,407.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 8,686.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 8,500.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 8,500.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 8,500.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 8,404.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 6,967.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 6,235.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 5,667.00 | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CHELA | UNSECURED | 5,666.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 4,406.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 4,050.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 3,961.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 3,118.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 3,084.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 3,037.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 2,834.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 2,505.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 2,203.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 2,084.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 2,040.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 2,040.00 | .00 | .00 | .00 | .00 |
| CHELA | UNSECURED | 1,620.00 | .00 | .00 | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| CIRCUIT COURT DUPAGE | UNSECURED | 95.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 1,400.00 | NA | NA | .00 | .00 |
| WALGREENS HOMECARE | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | 210.00 | 1,397.02 | 1,397.02 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| FIRE CLEAN | UNSECURED | 6,850.04 | 8,451.32 | 8,451.32 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 607.00 | 607.82 | 607.82 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 457.00 | 457.59 | 457.59 | .00 | .00 |
| FOREMAN HIGH SCHOOL | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| DAKOTA STATE BANK | UNSECURED | 452.00 | NA | NA | .00 | .00 |
| H&F LAW | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| IHC | UNSECURED | 343.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,000.00 | 867.85 | 867.85 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| BMG MUSIC CLUB | UNSECURED | 32.00 | NA | NA | .00 | .00 |
| EC2N TRUST | UNSECURED | 452.00 | 452.15 | 452.15 | .00 | .00 |
| ROBERT MORRIS COLLEG | UNSECURED | 8,000.00 | NA | NA | .00 | .00 |
| SILVERLEAF | UNSECURED | NA | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 638.00 | NA | NA | .00 | .00 |
| ULTRA FOOD | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN HEALTH | UNSECURED | 2,500.00 | NA | NA | .00 | .00 |
| WRIGHT JR COLLEGE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | NA | 307.10 | 307.10 | .00 | .00 |
| NCO PORTFOLIO MGMT | UNSECURED | NA | 286.91 | 286.91 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NA | 210.95 | 210.95 | .00 | .00 |
| US BANK NATIONAL ASS | SECURED | NA | 192,364.57 | .00 | .00 | .00 |
| US BANK NATIONAL ASS | SECURED | NA | 55,772.55 | .00 | .00 | .00 |
| OCWEN LOAN SERVICING | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==============================================================================.
| **Scheduled Creditors:**                                                     |
|                                                                              |
| Creditor                Claim         Claim         Claim      Principal      Int.   |
|   Name         Class   Scheduled     Asserted      Allowed       Paid         Paid   |
|                                                                              |
|LEGAL HELPERS PC   PRIORITY      NA        .00        15.00          .00          .00 |
.==============================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 5,550.00 | 175.34 | 48.10 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 5,550.00 | 175.34 | 48.10 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 15.00 | .00 | .00 |
| **TOTAL PRIORITY:** | 15.00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 17,919.32 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 16.56 |
| Disbursements to Creditors | $ | 223.44 |
| **TOTAL DISBURSEMENTS:** | $ | 240.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   05/19/2011                                     /s/ Tom Vaughn
                                                        Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**